IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2021 JUL 14 A 11: 31
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:21cr348-ECM-JTA |
| ) | [18 U.S.C. § 922(g)(1)] |
| GERALD LITTLE ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1
(Possession of Ammunition by a Convicted Felon)

On or about June 26, 2021, in Lowndes County, within the Middle District of Alabama, the defendant,

**GERALD LITTLE,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed live ammunition, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A.  The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

B.  Upon conviction of the offenses in violation of Title 18, United States Code, Section 922(g)(1), set forth in Count 1 of this Indictment, the defendant,

**GERALD LITTLE,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c), any and all property used or intended to be used in

any manner or part to commit the commission of the offenses in violation of Title 18, United States Code, Section 922(g)(1).

  C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third party;

    (3) has been placed beyond the jurisdiction of the court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
Foreperson

SANDRA J. STEWART
ACTING UNITED STATES ATTORNEY

_____
Stephen K. Moulton
Assistant United States Attorney

_____
Gregory O. Griffin
Assistant United States Attorney